PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leroy Smith                                       Cr.: 99-00525-001
                                                                    PACTS #: 24180

Name of Sentencing Judicial Officer:    THE HONORABLE ALFRED J. LECHNER, JR.
                                        UNITED STATES DISTRICT JUDGE

Name of Newly Assigned Judicial Officer: THE HONORABLE JOSE L. LINARES
                                         CHIEF UNITED STATES DISTRICT JUDGE
                                         (REASSIGNED: 02/19/16)

Date of Original Sentence: 12/17/1999

Original Offense:   Count One: Interference With Commerce By Threat Or Violence, 18:1951
                    Count Two: Use of a Firearm During a Violent Crime, 18:924 (c) &2

Original Sentence: 270 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Drug Treatment, Substance Abuse Testing

Type of Supervision: Supervised Release              Date Supervision Commenced: 12/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On March 6, 2019, during an unscheduled home visit, the undersigned officer administered an instant drug test which yielded presumptive positive results for cocaine, marijuana and opiates. Mr. Smith is on a prescription opiate but there was no explanation for the cocaine and marijuana results. The offender vehemently denied any illicit drug use. The sample was sealed and sent to the laboratory for testing under specimen number B04007124. On March 18, 2019, the laboratory report confirmed positive results for benzoylecgonine-cocaine metabolite, marijuana metabolite and oxymorphone (prescription).

                    On March 25, 2019, the undersigned officer met with Mr. Smith to discuss the test results. He again, vehemently denied illicit drug use. As he was leaving the office, he finally admitted that he met an old friend and used cocaine on one occasion.

U.S. Probation Officer Action:

Mr. Smith has been referred to a drug treatment program. Additionally, he will be more closely monitored and drug tested more frequently. No formal court action is recommended at this time. Should he continue to test positive for illicit drugs, we will initiate formal court proceedings.

Respectfully submitted,

*Christine M. Rennie*
By: Christine M Rennie
Senior U.S. Probation Officer
Date: 04/01/2019 *SAO*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
4-1-19
Date